Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Stephen S | Case Number: 08 B 11583 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 5/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,050.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 980.70 |
| Trustee Fee: | | 69.30 |
| Other Funds: | | 0.00 |
| Totals: | 1,050.00 | 1,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 980.70 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 317.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 101.62 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 30.62 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 55.96 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 25.81 | 0.00 |
| 8. | Harris & Harris | Unsecured | | No Claim Filed |
| 9. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 10. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 11. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 12. | Michael Connolly | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 4,005.01 | $ 980.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 69.30 |
| | $ 69.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thomas, Stephen S | Case Number:  08 B 11583 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/24/09 | Filed:  5/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*[signature]*